PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Lo Vonjia Ellise DOCK |
| **Docket Number:** | 1:05CR00078-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | July 11, 2005 |
| **Original Offense:** | 18 USC 287 - False Claim to an Agency of the United States, two counts<br>(CLASS D FELONIES) |
| **Original Sentence:** | 3 years probation; $3,349 restitution; $200 special assessment; mandatory testing |
| **Special Conditions:** | Warrantless search; not to dispose of or otherwise dissipate any assets; access to financial information; not to open any lines of credit without approval; drug aftercare and testing; 100 hours community service; DNA collection; and, up to $25 co-payment for drug aftercare and testing |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | July 11, 2005 |
| **Assistant U.S. Attorney:** | Stanley A. Boone        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric Kersten        **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **02-07-06**: | Probation Form 12B submitted modifying probation to include 120 days in a CCC. |

**RE:   Lo Vonjia Ellise DOCK**
**Docket Number:   1:05CR00078-001**
**REPORT OF OFFENDER NON-COMPLIANCE**

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.   The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     ILLICIT DRUG USE:   04-03-06 - THC**

**2.     NEW LAW VIOLATIONS**

**Details of alleged non-compliance:**   On December 12, 2005, the probationer was issued a court citation for violation of California Welfare and Institution Code Section 10980(C)(2) - Receiving Aid by False Statement, a misdemeanor.   On January 27, 2006, the probationer appeared in Kern County Superior Court on case number BM684002A and entered a plea of nolo contendere.

The probationer was sentenced to three years court probation, 30 days custody, and $2,453 restitution.   She is also disqualified from receiving cash aid or food stamps for six months.

Furthermore, on April 4, 2006, the probationer submitted a urine sample which returned positive for THC.

**United States Probation Officer Plan/Justification:**   The probationer is currently residing at the Turning Point Community Corrections Center for a period of 120 days as a result of earlier positive and missed urine tests.   It is hopeful she will avail herself to the opportunities such as drug counseling, parenting classes and obtain full time employment while at the program.   The probationer has also been advised that any further violations

Rev. 04/2005
PROB12A1.MRG

RE:   **Lo Vonjia Ellise DOCK**
      **Docket Number:   1:05CR00078-001**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

may result in revocation proceedings.  It is the recommendation of this officer that the probationer remain at the community corrections center and that no further action be taken.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**      April. 20, 2006
               Bakersfield, California
               FE:dk

/s/ Rick C. Louviere

**REVIEWED BY:**   _____
                      **RICK C. LOUVIERE**
_____**Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

IT IS SO ORDERED.

**Dated:**   <u>**April 24, 2006**</u>              _____<u>**/s/ Oliver W. Wanger**</u>_____

Rev. 04/2005
PROB12A1.MRG

RE:   **Lo Vonjia Ellise DOCK**
      **Docket Number:   1:05CR00078-001**
      **<u>REPORT OF OFFENDER NON-COMPLIANCE</u>**


emm0d6                                    UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12A1.MRG